# United States Bankruptcy Court
### Eastern District of New York

In re   **ROSLYN SEFARDIC CENTER CORP.**                                   Case No.
                                           Debtor(s)                        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **January 27, 2016**

/s/ Herzel Tal

**HERZEL TAL**/**PRESIDENT**
Signer/Title

Date:   **January 27, 2016**

Signature of Attorney
**A. MITCHELL GREENE
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
875 THIRD AVENUE
New York, NY 10022
(212) 603-6300**

ALBERT NOSRATE
80 WOOD ROAD
Roslyn, NY 11576


DANIEL KOHEN
54 MINEOLA AVENUE
Roslyn, NY 11576


ERAN LOTVKY
1 POTTERS LANE
Roslyn, NY 11576


HERZEL TAL
37 WEST 37TH STREET
New York, NY 10018


HORIZON EQUITIES
C/O OFECK & HEINZE
85 MAIN STREET
SUITE 204
Hackensack, NJ 07601


INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19114


L&L ASSOCIATES
C/O LEVY & LEVY
12 TULIP DRIVE
Great Neck, NY 11021


LIPA
PO BOX 9083
Melville, NY 11747


NEW YORK STATE DEPT.
OF FINANCE
ATTN: BANKRUPTCY
PO BOX 5300
Albany, NY 12205


OFFICE OF THE
ATTORNEY GENERAL
THE CAPITOL
Albany, NY 12224

OFFICE OF THE ATTORNEY
GENERAL
CHARITIES BUREAU
120 BROADWAY, 3RD FLOOR
New York, NY 10271


ROBERT NOUAHIEN
22 JOHN BEAN COURT
Port Washington, NY 11050


ROSLYN WATER DISTRICT
PO BOX 326
24 WEST SHORE ROAD
Roslyn, NY 11576


SHELOME NIDAM
11 FAIRFIELD LANE
Roslyn Heights, NY 11577


US ATTY OFFICE - EDNY
ATTH: LI BANKRUPTCY PROC.
610 FEDERAL PLAZA
5TH FLOOR
Central Islip, NY 11722


VILLAGE OF EAST HILLS
209 HARBOR HILL ROAD
Roslyn, NY 11576